Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S.Rancho Dr. Ste B14
Las Vegas, Nevada 89101
702.631.6111

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:20-cr-00156-010 |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| vs. ) | **SENTENCING** |
| ) | (First Request) |
| JOSE GERARDO CORTEZ-DIAZ, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between JACOB OPERSKALSKI, Assistant United States Attorney, counsel for Plaintiff, and BENJAMIN DURHAM, counsel for Defendant, that the sentencing currently scheduled for July 11, 2023, be vacated and continued for approximately 30 days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare and complete certain tasks related to sentencing mitigation in order to effectively represent Mr. Cortez-Diaz at the time of sentencing.

2. Defense counsel has a scheduling conflict on the current sentencing date.

3. All parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first request to continue sentencing filed herein.

DATED this 3rd day of July 2023.

| BENJAMIN DURHAM LAW FIRM | JASON FRIERSON<br>United States Attorney |
|---|---|
| */s/  Benjamin Durham* | */s/  Jacob Operskalski* |
| BENJAMIN DURHAM<br>Nevada Bar No. 7684<br>601 S.Rancho Dr. Ste B14<br>Las Vegas, NV 89101<br>Attorney for Defendant | JACOB OPERSKALSKI<br>Assistant United States Attorney<br>501 Las Vegas Blvd South Suite 1100<br>Las Vegas, NV 89101<br>Attorney for Plaintiff |

/ / /

/ / /

/ / /

/ / /

Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. Rancho Dr. Ste B14
Las Vegas, Nevada 89106
702.631.6111

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:20-cr-00156-10 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOSE GERARDO CORTEZ-DIAZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing, the Court finds:

1. Defense counsel needs additional time to prepare and complete certain tasks related to sentencing mitigation in order to effectively represent Mr. Cortez-Diaz at the time of sentencing.

2. Defense counsel has a scheduling conflict on the current sentencing date.

3. All parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage

of justice.

6. This is the first request to continue sentencing filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

## ORDER

IT IS HEREBY ORDERED that the sentencing currently scheduled for July 11, 2023 be continued to _ August 29, 2023 at 10:00 am

Dated this the 6th of July, 2023.


UNITED STATES DISTRICT JUDGE