1

2

3

4

5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

6

7

8

9

10

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-156-RFB-DJA |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| JOSE GERARDO CORTEZ-DIAZ, aka "Cristian Axel Lopez-Cortez," aka "Chiquilin," | |
| Defendant. | |

12      This Court found that Jose Gerardo Cortez-Diaz, aka "Cristian Axel Lopez-

13 Cortez," aka "Chiquilin," shall pay the in personam criminal forfeiture money judgment of

14 $4,500 under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28

15 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 853(p); and 21

16 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c). Superseding Criminal Information, ECF No.

17 364; Plea Agreement, ECF No. 366; Arraignment & Plea, ECF No. 367; Preliminary

18 Order of Forfeiture, ECF No. 368.

19      This Court finds that on the government's motion, the Court may at any time enter

20 an order of forfeiture or amend an existing order of forfeiture to include subsequently

21 located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

22      The in personam criminal forfeiture money judgment amount of $4,500 complies

23 with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S.

24 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v.*

25 *Prasad*, 18 F.4th 313 (9th Cir. 2021).

26      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

27 the United States recover from Jose Gerardo Cortez-Diaz, aka "Cristian Axel Lopez-

28 Cortez," aka "Chiquilin," the in personam criminal forfeiture money judgment of $4,500,

not to be held jointly and severally liable with any codefendants and the collected money judgment amount between the codefendants is not to exceed $66,120 to ensure the government does not collect more than the forfeitable amount based on the forfeiture statutes under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(1); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 853(p); and 21 U.S.C. § 881(a)(6) with 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED ___September 15,_____, 2023.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2